Rev. 12/05

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



Zalonde Woods,
(Your Name)

Plaintiff,

v.

Heather Skeens, et al

Department of Social Services

et al,

Defendant(s)

APPLICATION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS
AND AFFIDAVIT/DECLARATION IN SUPPORT

1:19CV334

I, Zalonde Woods, request leave of Court to proceed in the above-entitled action without prepayment of fees and costs or giving security therefor. In support of this request, I state that I am unable to pay such costs or give security therefor and that I believe that I am entitled to redress. The nature of this action is: Civil and federal against defendants who violated the constitutional rights and federal rights of the plaintiff as the result of plaintiff's children being seized and a petition filed with the Court on 4/14/2016 against plaintiff in a dependency action.

I understand that any false statements or answers to any question in this application may subject me to the penalties for perjury.

1. Are you presently employed?     Yes ___   No _X_
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
      _____
      _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
      2009  minimum wage
      _____

2. Is your spouse presently employed?   Yes ___   No ___   No Spouse _X_
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
      _____
      _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
      _____
      _____

3. Have you received within the past twelve months any money from any of the following sources:

   a. Business, profession, or form of self-employment?   Yes ____   No  X
   b. Rent payments, interest, or dividends?   Yes ____   No  X
   c. Pensions, annuities, or insurance?   Yes ____   No  X
   d. Social Security, SSI or disability?   Yes  ✓   No ____
   e. Workers' Compensation or Unemployment?   Yes ____   No  X
   f. Child Support?   Yes  ✓   No ____
   g. AFDC, WIC or Food Stamps?   Yes  ✓   No ____
   h. Gifts or inheritances?   Yes ____   No  X
   i. Any other sources?   Yes  X   No ____

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   Tanf benefits

4. Has your spouse received within the past twelve months any money from any of the sources listed in question No. 3?

   Yes ____   No ____   No Spouse  ✓

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

5. Do you and your spouse, if any, own any cash, or have money in a checking, savings, or any other financial account?

   Yes ____   No  ✓

   If the answer is yes, state the total value of the items owned.

   N/A

6. Do you and your spouse, if any, own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ___  No ✓

   If the answer is yes, describe the property and state its approximate value.
   _____
   _____
   _____

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Malig Woods      100%
   Lyric Woods      100%
   Trenton Woods    100%
   Xavada Woods     100%

8. List your debts, obligations, and creditors, including banks, loan companies, charge accounts, and monthly bills.

   | Creditor | Total Debt | Monthly Payment |
   |----------|------------|-----------------|
   |          |            |                 |
   |          |            |                 |
   |          |            |                 |
   |          |            |                 |
   |          |            |                 |

I declare under penalty of perjury that the following is true and correct.

Executed on March 25th 2019
         (Date)                              (Signature of Plaintiff)