Rev. 6/03


UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Pro se [Non-prisoner] Complaint Form

Zalonda Woods,
(Your Name)
   Plaintiff,

v.   Civil Action No. 1:19cv334
     (to be assigned by the Clerk)

Guilford Co. DSS
Guilford Co. Police Dept
Moses Cone Women's Hospital
Judge Betty Brown
Judge S. Jones   Defendant(s).
Guilford Co. Guardian et litem
Program attorney office
Randleman Co. Schools
Guilford Co. Schools

COMPLAINT

I. JURISDICTION

The constitutional rights and federal rights were violated by parties upon the Plaintiff

II. PARTIES

A. Plaintiff

Name of Plaintiff: Zalonda Evette Woods

Address: 407 E. Washington St
Greensboro, NC 27401

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: Heather Skeens, Kim miles, Sarah Fitzgerald

Current Address: c/o 1203 Maple St.
Greensboro NC 27407

Case 1:19-cv-00334-WO-LPA   Document 2   Filed 03/25/19   Page 1 of 4

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

Guilford Co. Police Department
Officer Bowen
Chief Wayne Scott
Unknown officer
Unknown Officer
Unknown Officer supervisor
100 E Police Plaza Greensboro NC 27402

Judge Betty Brown
Judge Jarrall Jones.
201 S Eugene St.
Greensboro NC 27401

Guilford Co Schools
Ashley Triplett
1601 W Florida St G50 27403
Dr. Jacob Stinson
Dr. John allagen

1200 North Church St
North Elm St.
Lisa Thompson
Randleman Co. School
Archdale Elementary School
207 Trindale Rd
Archdale NC 27263

~~Randleman Co Schools~~
~~Lisa Thompson~~
~~Archdale Elem~~

Gal Attorney
Donna Michelle Wright
9001 mail service Center
Raleigh NC
c/o 2013 Eugene st. Greensboro NC 27401

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

4/2016 - Seizure of plaintiffs 3 children were unlawful and violated the 4th and fourteenth amendment rights of plaintiff by dss and reps.

4/14/2016 Violation of sixth amendment of rights of plaintiff was violated by Judge B. Brown and social workers Kim miles and Sarah Fitzgerald

3/25/2016 violation of hospital and representatives in regards to 42 CFR Part 489 whereas doctors put creating a case ahead of health and stabilization of Zalonda woods

4/14/2016 - Violation of due process rights of plaintiff by Judge B. Brown and Judge J. Jones who did not acknowledge procedures safeguards to protect rights which included 14 amendment rights

3/25/2016 Police dept and representatives unlawfully entered home and removed children to speak to social workers and threatened plaintiff by separating mother from her children and placing oneself at door with hand on gun and assisted in coercion of plaintiff.

Case 1:19-cv-00334-WO-LPA   Document 2   Filed 03/25/19   Page 2 of 4

III. STATEMENT OF CLAIM - continued.

- Gal Attorney Donna Wright helped Randleman Co schools get a judge's order after plaintiff expressed it violated federal law

- Randleman Co. Schools representatives violated federal law by allowing DSS representative to act as a parent after objections from Plaintiff whose rights were intact.

- Guilford Co schools representatives did not demand to see a warrant when they were removed from their schools Juveniles of plaintiff.

- Hospital violated federal rights that are outlined in 42 CFR Part 489 and HIPAA rights as their claims were not true and the information provided exceeded the scope of a A/N/D investigation that they started.

IV.  RELIEF

State briefly and exactly what relief you want from this court.

Please award damages to the plaintiff in the form of pain and suffering and due to the unlaw seizure of her children by all parties involved who took advantage of the situation and further violated her federal rights through the lack of due process.

Signed this 25 day of March, 2019.

_____
Signature of plaintiff

407 Washington St
Address

Greensboro NC 27401

336 3271664
Telephone number