IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ZALONDA EVETTE WOODS, )
)
        Plaintiff, )
)
v. ) 1:19CV334
)
GUILFORD COUNTY DSS, et al., )
)
        Defendant(s). )

**JUDGMENT**

On November 13, 2019, the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii), or alternatively pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as to Judge Betty Brown and Judge Jarrall Jones.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as to all remaining Defendants.

This the 16th day of January, 2020.

_____
          United States District Judge