OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

TO:

ZALONDA EVETTE WOODS
407 E. WASHINGTON STREET
GREENSBORO, NC 27401

**RECEIVED**
In This Office
FEB 2 6 2020
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

INSPECTED

NOV 1 5 2019

GSO PDBC 27498
WED 13 NOV 2019

neopost
11/13/2019
US POSTAGE
$01.45
ZIP 27401
041L11240987
FIRST-CLASS MAIL

NIXIE      274    7E 1            0202/22/20
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 27401254401      2040N053202-02238

